IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

MAY 2 3 2014

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

LINDA TATOM, )
)
        Plaintiff, )
)
vs. ) No. CIV-13-37-W
)
RES-CARE, INC. d/b/a GUTHRIE JOB )
CORPS CENTER, )
)
        Defendant. )

## AMENDED JUDGMENT

Having granted summary judgment in favor of defendant Res-Care, Inc. d/b/a Guthrie Job Corps Center ("ResCare"), on the claims asserted by plaintiff Linda Tatom, the Court ORDERS that judgment should be and is hereby entered in favor of ResCare and against Tatom so that she recovers nothing by way of her claims. The Court further ORDERS that ResCare recover its costs in litigating this action.

DATED and ENTERED this 23rd day of May, 2014.

/s/ Lee R. West
LEE R. WEST
UNITED STATES DISTRICT JUDGE